[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-13823
Non-Argument Calendar
_____

D.C. Docket No. 5:18-cr-00046-TES-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR OMAR BYRON,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(August 6, 2020)

Before JORDAN, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily).  A "vigorous dispute about an issue during the sentencing proceedings does not preserve that issue for appeal when the terms of the appeal waiver do not except it from the waiver."  *United States v. Bascomb*, 451 F.3d 1292, 1296 (11th Cir. 2006).